**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 499 MAL 2023
                                :
                    Respondent   :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
            v.                  :
                                :
                                :
JONATHAN GRANT,                 :
                                :
                    Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.